IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CANDACE CANTU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-1129-RP |
| APCON, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On June 17, 2021, the Court issued an order dismissing Plaintiff's complaint. (Order, Dkt. 27). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 17, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE